**Order entered December 1, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01152-CV**

**IN RE TERRY HANCOCK, Relator**

**Original Proceeding from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 89417**

**ORDER**

Before Chief Justice Burns, Justice Partida-Kipness, and Justice Smith

Based on the Court's opinion of today's date, we **DENY** relator's petition

for writ of mandamus. We also **DENY** relator's emergency motion to stay as moot.

/s/     CRAIG SMITH
        JUSTICE